**FILED**

Mar 18 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. RICCI LEE WYNNE | **CASE NUMBER:** CR25-00073 SI  CR |
| **Is This Case Under Seal?** | Yes    No ✓ |
| **Total Number of Defendants:** | 1 ✓    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✓ |
| **Is this a RICO Act gang case?** | Yes    No ✓ |
| **Assigned AUSA (Lead Attorney):** E. Wistar Wilson | **Date Submitted:** 03/18/2025 |
| **Comments:** Co-counsel: AUSA Eric Cheng | |

[RESET FORM]  [SAVE PDF]

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR25-00073 SI

UNITED STATES OF AMERICA,

V.

RICCI LEE WYNNE,

**FILED**

Mar 18 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2251(a) – Production of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

A true bill.

/s/ Foreperson of the Grand Jury
                                              Foreman

Filed in open court this __18th__ day of

__March 2025__.

                                              Brenda Lopez, Deputy Clerk

Bail, $ __No Process__

Hon. Sallie Kim, U.S. Magistrate Judge

```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
```

FILED

Mar 18 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICCI LEE WYNNE,<br><br>　　　　Defendant. | CASE NO. CR25-00073 SI<br><br>VIOLATIONS:<br>18 U.S.C. § 2251(a) – Production of Child Pornography;<br>18 U.S.C. § 2253(a) – Criminal Forfeiture<br><br>SAN FRANCISCO VENUE |

### I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:　　　(18 U.S.C. § 2251(a) – Production of Child Pornography)

　　　On or about April 9, 2022, in the Northern District of California, the defendant,

RICCI LEE WYNNE,

did employ, use, persuade, induce, entice, and coerce a minor, known here as Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, and using materials that have

INDICTMENT

been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce, and the visual depiction was transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

COUNT TWO:     (18 U.S.C. § 2251(a) – Production of Child Pornography)

On or about October 29, 2022, in the Northern District of California, the defendant,

RICCI LEE WYNNE,

did employ, use, persuade, induce, entice, and coerce a minor, known here as Minor 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce, and the visual depiction was transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

FORFEITURE ALLEGATION:     (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Indictment, the defendant,

RICCI LEE WYNNE,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

INDICTMENT                              2

      b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

      c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

      a. One Apple iPhone 12 Pro Max with IMEI 352871471193290, seized from Ricci Lee Wynne at San Francisco International Airport on or about November 24, 2024.

If any of the property described above, as a result of any act or omission of the defendant:

      a. cannot be located upon exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:     March 18, 2025                                    A TRUE BILL.

                                                                                                                 /s/ Foreperson
                                                                                                                 FOREPERSON

PATRICK D. ROBBINS
Acting United States Attorney

 /s/ E. Wistar Wilson
E. WISTAR WILSON
Assistant United States Attorney

INDICTMENT                                                         3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

## OFFENSE CHARGED

Counts 1-2: 18 U.S.C. 2251(a) - Production of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Prison: 15 years (min.) - 30 years (max.)
Fine: $250,000 (max.)
Supervised Release: 5 years (min.) - Life (max.)
Special Assessment: $5,100 ($100 is mandatory)
Assessment: Up to $50,000; Forfeiture

## DEFENDANT - U.S

▶ RICCI LEE WYNNE

DISTRICT COURT NUMBER
CR25-00073 SI

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
**FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: **Patrick D. Robbins (Acting)**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **E. Wistar Wilson (AUSA)**

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
Mar 18 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution: U.S. Dist. Court, N.D. Cal., Case No. 3:19-cr-00120-CRB

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes" give date filed:

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments: