GAIL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel:    (415) 551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
RICCI WYNNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICCI WYNNE,

Defendant.

Case No.  CR 25-00073 CRB

Case No.  CR 19-00120 CRB

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

It is hereby stipulated by and between counsel for the United States and counsel for defendant Ricci Wynne that the status hearing scheduled for February 18, 2026 shall be continued until May 20, 2026 at 10:00 a.m., and that time be excluded under the Speedy Trial Act from February 18, 2026 through May 20, 2026 based upon effective preparation of counsel, for the reason that additional discovery was recently produced to the defense and time is needed for the defense to review discovery and engage in pretrial investigation and preparation.

IT IS SO STIPULATED.

Dated: February 12, 2026                    */s/ Gail Shifman*

Gail Shifman
Attorney for Defendant
RICCI WYNNE

1

STIPULATION TO CONTINUE HEARING

Dated: February 12, 2026                    /s/ Wistar Wilson

_____

Wistar Wilson
Assistant U.S. Attorney

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from February 18, 2026 through May 20, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 18, 2026, through May 20, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, the time from February 18, 2026, through May 20, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The status hearing scheduled for February 18, 2026, is continued until May 20, 2026, for status. The Supervised release violation hearing shall also be continued until May 20, 2026, at 10:00 a.m.

IT IS SO ORDERED.

DATED: February 17, 2026

_____

HON. CHARLES R. BREYER
Senior United States District Judge

2

STIPULATION TO CONTINUE HEARING